UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00454

**Derek Clinton Ward,**
*Plaintiff,*

v.

**Natalie Anderson,**
*Defendant.*

# ORDER

Plaintiff Derek Ward, proceeding pro se, filed this civil-rights lawsuit under 42 U.S.C. § 1983 complaining of appointed counsel Natalie Anderson. After review of the pleadings, the magistrate judge issued a report recommending that the lawsuit be dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted for purposes of proceeding *in forma pauperis*. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's lawsuit is dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted for purposes of proceeding *in forma pauperis*.

*So ordered by the court on March 16, 2022.*

J. CAMPBELL BARKER
United States District Judge